■ NATIONAL BANK OF NORTH AMERICA, Appellant, v BRUNO'S ON THE BOULEVARD, INC., Respondent. — In an action to recover damages for the alleged breach of an equipment lease, plaintiff appeals from an order of the Supreme Court, Nassau County (Roncallo, J.), dated April 20, 1983, which, *inter alia,* granted the defendant's motion to compel arbitration. ¶ Order reversed, with costs, and motion denied. ¶ In the absence of an unequivocal agreement between the parties to arbitrate their differences, it was error for Special Term, *inter alia,* to grant the defendant's motion to compel arbitration (see *Matter of County of Rockland [Primiano Constr. Co.],* 51 NY2d 1, 7; *Matter of Marlene Inds. Corp. [Carnac Textiles],* 45 NY2d 327, 333). ¶ We pass upon no further issue. Lazer, J. P., Gibbons, Bracken and Lawrence, JJ., concur.